IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MICHAEL BILLY WHITEHEAD**                                                **PLAINTIFF**

**V.**                        **CASE NO. 5:22-CV-05129**

**DEPUTY CORY THOMAS,**
**United States Marshals Service; and**
**UNITED STATES MARSHALS SERVICE**                    **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 6) filed in this case on July 27, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, all damages claims against the United States Marshals Service are **DISMISSED** pursuant to 28 U.S.C. § 1915A.

**IT IS SO ORDERED** on this 22nd day of August, 2022.

                                                */s/ Timothy L. Brooks*
                                                TIMOTHY L. BROOKS
                                                UNITED STATES DISTRICT JUDGE